IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ATHENA C. HOLLAND**                                                                 **PLAINTIFF**

v.                                        Case No. 4:25-cv-186-JM

**TYSON FOODS, INC.**                                                                 **DEFENDANT**

## ORDER

On April 2, 2025, the Court screened plaintiff Athena Holland's complaint, noted pleading errors, and directed her to file an amended complaint by April 28, 2025. (Doc. 6). Ms. Holland has now filed a motion asking the Court to set aside its April 2nd Order. (Doc. 7). Liberally construing her motion, it appears that Ms. Holland believes the Court dismissed her case rather than simply directing her to state the specifics of her age discrimination claim. Accordingly, the motion (Doc. 7) is DENIED. To the extent that Ms. Holland is asking for an extension of time to file her amended complaint, that request is granted. Ms. Holland has until **May 16, 2025** to file an amended complaint that complies with the Court's April 2nd Order. Failure to file an amended complaint will result in her case being dismissed.

Holland's Motion for Appointment of Counsel (Doc. 4) is denied without prejudice. *Pro se* litigants do not have a constitutional or statutory right to appointment of counsel in civil cases. *Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018). The Court appreciates that Ms. Holland has been unsuccessful in her attempts to independently obtain counsel; however, at this stage of the litigation it is not apparent that the litigation will be so complex that she cannot adequately represent herself. As the case progresses, Ms. Holland is free to refile this motion.

IT IS SO ORDERED this 23rd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE