IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ATHENA C. HOLLAND                                                                           PLAINTIFF

v.                               Case No. 4:25-cv-186-JM

TYSON FOODS, INC.                                                                           DEFENDANT

## ORDER

Plaintiff Athena Holland's complaint (Doc. 2) is dismissed without prejudice because she failed to file an amended complaint as directed. (Doc. 6 & 9); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 2nd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE