IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ATHENA C. HOLLAND                                                                                    PLAINTIFF

v.                                   Case No. 4:25-cv-186-JM

TYSON FOODS, INC.                                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE